IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40834
Conference Calendar
_____


VERNON KING, JR.,

                                        Plaintiff-Appellant,

versus

R.J. PACE; M. OTTENWALDER;
J. SMITH; M. SULLIVAN; J. SIGGERS;
B.K, HORN; D. DIXON; M. WILSON;
D.K. BLEVINS; J. ROGERS,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CV-435
- - - - - - - - - -
February 10, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Texas prisoner Vernon King, Jr., No. 590316, is BARRED from
proceeding in forma pauperis (IFP) under the Prison Litigation
Reform Act of 1995 (PLRA) because, on at least three prior
occasions while incarcerated, King has brought an action or
appeal in a United States court that was dismissed as frivolous.
See King v. Turner, No. 97-40832 (5th Cir. Feb. 9, 1998); 28

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

U.S.C. § 1915(g); <u>Adepegba v. Hammons</u>, 103 F.3d 383, 388 (5th Cir. 1996).  Accordingly, King's motion for appointment of counsel is DENIED, his IFP status is DECERTIFIED, and he may not proceed IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury.  28 U.S.C. § 1915(g).  The appeal is DISMISSED.

King has 15 days from the date of this opinion to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to reinstate his appeal.

MOTION FOR APPOINTMENT OF COUNSEL DENIED; IFP DECERTIFIED; APPEAL DISMISSED.